IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Reginald Myers, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:14cv845 |
| | : Judge Susan J. Dlott |
| Special Agent Lakes, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on February 9, 2015 (Doc. 9), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 26, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. §§1915(e)(2)(B) and 1915A(b)(1).

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Order adopting the report and recommendation will not be taken in good faith, therefore, denying plaintiff leave to appeal *in forma pauperis*. See *McGore v. Wrigglesworth,* 114F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

___s/Susan J. Dlott_____
Judge Susan J. Dlott
United States District Court